Chris Bonewell
(Name)

105911
(Institution Register No.)

BOX 311 ELDorado, KS 67042
(Current Mailing Address)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Christopher Bonewell, Plaintiff
(Full and Correct Name)

CASE NO. 22-3052-SAC
(To be supplied by the Clerk)

vs.

ELDorado Correctional, Defendants

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) Chris Bonewell, (Plaintiff) is a resident of Wichita, KS (State of residency prior to incarceration) who presently located at ELDorado Correctional (Mailing address or place of confinement.)

2) Defendant ELDorado Correctional (Name of first defendant) is a resident of ELDorado, KS (City, State), and is employed as _____ (Position and title, if any), and may be located at Box 311 ELDorado, KS 67042 (Address for service of process). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

If your answer is "Yes", briefly explain: _____

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

3) Defendant _____ is a resident of
   (Name of first defendant)

_____, and is employed as
(City, state)

_____, and may be located at
(Position and title, if any)

_____. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

ON 1-14-2022 I was placed in A-1 Cell 122 I recieved the Corona Virus ON 1-17-2022 I tested positive for Corona and was moved to C-2 Cellhouse for isolation.

_____

XE-2 (F)         CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

2

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _Injury_

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_By recieving the Corona virus while in A-Cellhouse_

B) (1) Count II: _____

(2) Supporting Facts: _____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

### E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☐ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _____

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _____

### F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

_1 million 500 thousand in damages_

_____     _Chris J Bonewell_
Signature of Attorney (if any)           Signature of Petitioner

_____
(Attorney's full address and telephone number)

5

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)